UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VANESSA K. HARDY | )<br>) |
| v. | ) No. 3:14-CV-0614<br>) JUDGE CAMPBELL |
| PRUDENTIAL LIFE INSURANCE<br>COMPANY OF AMERICA | )<br>) |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/28/2015.

KEITH THROCKMORTON, CLERK
s/Dalaina Thompson, Deputy Clerk