# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 04, 2016

Ms. Karla M Campbell
Branstetter, Stranch & Jennings
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

Mr. James Charles Goodfellow Jr.
Seyfarth Shaw
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603-5577

Ms. Amanda A. Sonneborn
Seyfarth Shaw
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603

Re: Case No. 15-6001, *Vanessa Hardy v. Prudential Life Insur Co, et al*
Originating Case No. : 3:14-cv-00614

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 15-6001

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

VANESSA K. HARDY

    Plaintiff - Appellant

v.

PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,**
        **RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: March 04, 2016