# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VANESTA K. HARDY,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>Defendants. | Case No. 3:14-cv-00614 |

**"""""ORDET**

In consideration of the foregoing stipulation, it is:

**ORDERED AND ADJUDGED** that this cause of action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs; if any liens and/or subrogated interests exist they are to be paid by the Plaintiff out of the proceeds from the settlement between the parties to the stipulation.

It is further **ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this cause for the sole purpose of the enforcing the terms of the settlement agreement between the parties.

**DONE AND ORDERED** in Nashville, TN this ___ day of _____, 2016.

*Todd Campbell*
United States District Judge

3